IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:21-cr-72-TFM-B |
| | ) |
| KELCEY TURNER | ) |

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On April 1, 2022, the Defendant Kelcey Turner, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count Two of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 922(g)(3), Possession of a Firearm by a Prohibited Person (Drug User).  *See* Docs. 53, 54.  The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted.  *See* Doc. 57.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 2 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **June 30, 2022 at 1:30 p.m.** under separate Order.

**DONE** and **ORDERED** this 20th day of April, 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE