**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 21-00072-TM** |
| | ) | |
| **KELCEY TURNER** | ) | |

**FINAL ORDER OF FORFEITURE**

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

**One Glock 9mm pistol, Serial Number SLS726;**

**One Norinco semi-automatic rifle, Model SKS 7.62x39, Serial Number 8151167P;**

**Two (2) 15 round 9mm magazines;**

**One Glock 50 round 9mm drum magazine;**

**Twenty-three (23) Perfecta 9mm Luger rounds of ammunition; and**

**One KCI 7.62x39 75 round drum magazine.**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On April 13, 2022, the United States filed a motion for preliminary order of forfeiture for the above-referenced firearms, magazines, and ammunition. (Doc. 58, PageID.162-166)  In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Count One of the Indictment. On April 13, 2022, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture

for the above-referenced firearms, magazines, and ammunition. (Doc. 59, PageID.171-174)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the firearms, on the official government website, www.forfeiture.gov, beginning on April 20, 2022, and ending on May 19, 2022. The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Kacey Chappelear, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired. (Doc.63, PageID.191-195)

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the firearms, magazines, and ammunition became final as to the defendant, Kelcey Turner, at the time of sentencing and was made a part of the sentence and included in the judgment. (Doc. 74, PageID.250)  Thus, the United States has met all statutory requirements for the forfeiture of the firearms, magazines, and ammunition and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the above-referenced firearms are **CONDEMNED, FORFEITED, and**

**VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigations or other duly authorized federal agency take the above-referenced firearms, magazines, and ammunition, into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7), the United States of America has clear title to the above-referenced firearms, magazines, and ammunition and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigations or other duly authorized federal agency is hereby authorized to dispose of the above-referenced firearms, magazines, and ammunition in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 22nd day of August 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE